No. 743. STEINMAN *v.* PENNSYLVANIA R. CO. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr.*

*Samuel B. Kaufman* for petitioner. *Messrs. Robert Carey and Harry Lane* for respondent.

